UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| TYRELL DEAN,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | No. 4:22-cv-00002-TWP-DML |
| ACBL TRANSPORTATION SERVICES, LLC,<br>    Defendant. | )<br>)<br>)<br>) | |

## ORDER

BE IT REMEMBERED that on this day came on to be considered the parties' Joint Stipulation of Dismissal with Prejudice as to the above-referenced matter, and the Court, after considering same, is of the opinion that said Motion should be GRANTED; it is, accordingly,

ORDERED, ADJUDGED and DECREED that the Parties' Joint Stipulation of Dismissal with Prejudice as to the above-referenced matter should be DISMISSED with prejudice.

Date: 12/15/2022

*[signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF